1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Chavez, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br><br>Horizon Actuarial Services, LLC,<br><br>Defendant. | Case No. 3:22-cv-02858-TSH<br><br>**[PROPOSED] ORDER TRANSFERRING VENUE TO THE NORTHERN DISTRICT OF GEORGIA** |

1

**[PROPOSED] ORDER TRANSFERRING VENUE TO THE NORTHERN DISTRICT OF GEORGIA**

1 | Having reviewed the Stipulation by Plaintiff Maria Chavez and Defendant Horizon Actuarial Services, LLC to Transfer Venue to the United States District Court for the Northern District of Georgia, the Court hereby orders pursuant to 28 U.S.C § 1404(a) that the above-captioned action be transferred to the United States District Court for the Northern District of Georgia, Atlanta Division for all further proceedings.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Thomas S. Hixon
United States Magistrate Judge