ADRMOP,CLOSED

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:22–cv–02858–TSH

Chavez v. Horizon Actuarial Services, LLC
Assigned to: Magistrate Judge Thomas S. Hixson
Cause: 28:1332 Diversity–Personal Injury

Date Filed: 05/13/2022
Date Terminated: 06/07/2022
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Maria Chavez**     represented by     **Jonathan Michael Lebe**
Lebe Law, APLC
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
(213) 444–1973
Email: jon@lebelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicolas W. Tomas**
Lebe Law, APLC
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
(213) 444–1973
Email: nicolas@lebelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Horizon Actuarial Services, LLC**     represented by     **Bethany A. Vasquez**
Cozen O'Connor
101 Montgomery, Suite 1400
San Francisco, CA 94105
415–593–9621
Email: BAVasquez@cozen.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/13/2022 | Ï 1 | CIVIL COVER SHEET (SEE PAGE 43) AND **COMPLAINT** against Maria Chavez (Filing fee $402, receipt number ACANDC–17173759.). Filed by Maria Chavez. (Attachments: # 1 Summons)(Tomas, Nicolas) (Filed on 5/13/2022) Modified on 5/13/2022 (jlg, COURT STAFF). (Entered: 05/13/2022) |
| 05/13/2022 | Ï 2 | Case assigned to Magistrate Judge Thomas S. Hixson. |

| | | |
|---|---|---|
| | | Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 5/27/2022. (jlg, COURT STAFF) (Filed on 5/13/2022) (Entered: 05/13/2022) |
| 05/13/2022 | Ï 3 | Proposed Summons. (Tomas, Nicolas) (Filed on 5/13/2022) (Entered: 05/13/2022) |
| 05/16/2022 | Ï 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 8/4/2022. Initial Case Management Conference set for 8/11/2022 10:00 AM in San Francisco, Courtroom G, 15th Floor. (hdj, COURT STAFF) (Filed on 5/16/2022) (Entered: 05/16/2022)** |
| 05/16/2022 | Ï 5 | Summons Issued as to Horizon Actuarial Services, LLC. (hdj, COURT STAFF) (Filed on 5/16/2022) (Entered: 05/16/2022) |
| 06/06/2022 | Ï 6 | NOTICE of Appearance by Bethany A. Vasquez (Vasquez, Bethany) (Filed on 6/6/2022) (Entered: 06/06/2022) |
| 06/06/2022 | Ï 7 | STIPULATION WITH PROPOSED ORDER *to Transfer to the Northern District of Georgia* filed by Maria Chavez. (Attachments: # 1 Proposed Order Proposed Order to Transfer to the Northern District of Georgia)(Tomas, Nicolas) (Filed on 6/6/2022) (Entered: 06/06/2022) |
| 06/07/2022 | Ï 8 | **ORDER by Magistrate Judge Thomas S. Hixson granting 7 Stipulation to Transfer Venue of Case. (rmm2, COURT STAFF) (Filed on 6/7/2022) (Entered: 06/07/2022)** |
| 06/07/2022 | Ï 9 | NOTICE of Appearance by Bethany A. Vasquez *Amended* (Vasquez, Bethany) (Filed on 6/7/2022) (Entered: 06/07/2022) |